TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00632-CR

NO. 03-95-00633-CR

Jerry Alexander, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NOS. 0924273 & 0924274, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

 These are appeals from orders revoking community supervision. The underlying
convictions are for delivery of cocaine and possession of cocaine with intent to deliver. The punishment
in each cause is imprisonment for five years.

 Appellant's attorney, though retained, filed a brief concluding that the appeals are frivolous
and without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
records and to file a pro se brief. No pro se brief has been filed.

 We have reviewed the records and counsel's brief and agree that the appeals are frivolous
and without merit. Further, we find nothing in the records that might arguably support the appeals.

 The orders revoking community supervision are affirmed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Affirmed

Filed: March 20, 1997

Do Not Publish